1 | Celeste M. Brecht (State Bar No. 238604)
2 | JONES DAY
  | 555 South Flower Street, Floor 50
3 | Los Angeles, CA 90071
  | Telephone:  +1.213.489.3939
4 | Facsimile:  +1.213.243.2539
  | Email:      cbrecht@jonesday.com
5
6 | *Attorneys for Defendant*
  | CHEVRON U.S.A. INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| BILLY HAWKINS, | |
|---|---|
| *Plaintiff*, | **PROOF OF SERVICE** |
| v. | Complaint Filed: July 12, 2022 |
| SYNGENTA CROP PROTECTION, LLC; SYNGENTA AG; AND CHEVRON U.S.A. INC. | Action Removed: July 13, 2022 |
| | Trial Date: None Set |
| *Defendants*. | |

## PROOF OF SERVICE

I, Charlie McDaniel, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 Flower St., 50th Floor, Los Angeles, California 90071. On July 13, 2022, I served a copy of the within document(s):

1. **NOTICE OF REMOVAL**
2. **DECLARATION OF CELESTE M. BRECHT**
3. **CIVIL COVER SHEET**
4. **ADDENDUM TO CIVIL COVER SHEET**

[x]   by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

DENNIS C. REICH (CA SBN: 69631)
dreich@reichandbinstock.com
REICH & BINSTOCK LLP
4265 San Felipe St., #1000 Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724
***Attorneys for Plaintiff Billy Hawkins***

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

Executed on July 13, 2022, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charlie McDaniel*
　　　　　　　　　　　　　　　　　　　　　　　　Charlie McDaniel